UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA BRADLEY,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and "LONG TERM DISABILITY COVERAGE PLAN NUMBER 502 FOR ALL EMPLOYEES OF ZURICH AMERICAN INSURANCE COMPANY, ZURICH SERVICES CORPORATION, UNIVERSAL UNDERWRITERS GROUP, RISK ENTERPRISE MANAGEMENT LIMITED, INC. CENTRE INSURANCE COMPANY, AND ZURICH CAPITAL MARKETS, INC.,<br><br>    Defendants. | Case No: SACV10-01279 DOC(MLGx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 07, 2011

*/s/ David O. Carter*

Hon. David O. Carter
Judge of the U.S. District Court